Christina **DEARDEUFF** and **Ralph Duncan, as Personal Representatives of the Estate of Clarence Connor, Deceased, Respondents,**

v.

Melvin **ALEXANDER, Jr., and Melinda Alexander, Appellants,**

**Maries County Bank, Defendant.**

No. WD 61147.

Missouri Court of Appeals, Western District.

June 30, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 2, 2003.

Application for Transfer Denied Oct. 28, 2003.

James F. Crews, Tipton, MO, for appellants.

Timothy W. Van Ronzelen, Jefferson City, MO, William C. Morgan, Waynesville, MO, for respondents.

Before JOSEPH M. ELLIS, Chief Judge, PATRICIA BRECKENRIDGE, Judge and THOMAS H. NEWTON, Judge.

### *ORDER*

PER CURIAM.

Appellants Melvin and Melinda Alexander appeal from a judgment of the Circuit Court of Miller County in favor of Respondents, personal representatives of the estate of Clarence Connor. After a thor-

ough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight of the evidence, that no error of law appears, and that an opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).